STATE of Missouri ex rel. Lance LINDNER, Relator/Appellant,

v.

BOARD OF POLICE COMMISSIONERS, Edward Roth, Reverend Maurice Nutt, Mark W. Smith, Leslie F. Bond, Clarence Harmon, and Sergeant Michael A. Frederick, Respondents/Respondents.

No. ED 80326.

Missouri Court of Appeals,
Eastern District,
Division Two.

Sept. 10, 2002.

Sean P. O'Shea, St. Louis, MO, for appellant.

Patricia Hageman, City Counselor, Edward J. Hanlon, Dep. City Counselor, Carl W. Yates, Asst. City Counselor, St. Louis, MO, for respondents.

Before PAUL J. SIMON, P.J., GARY M. GAERTNER, SR., J. and KATHIANNE KNAUP CRANE, J.

## ORDER

PER CURIAM.

This is an appeal from a judgment denying a writ of prohibition to review the revocation of relator's security officer's license. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).